EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--|
| Manuel Díaz Collazo | 2016 TSPR 234 |
| | 196 DPR ____ |

Número del Caso: TS-6484
CP-2016-9

Fecha: 16 de noviembre de 2016

Abogado del Querellado:

      Lcdo. Manuel A. Díaz Rivera

Oficina de Inspección de Notarías:

      Lcdo. Manuel E. Ávila de Jesús

Materia: Conducta Profesional – La Suspensión será efectiva el 22 de noviembre de 2016, fecha en que se le notificó al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*
 

                               Núm. TS-6484

Manuel Díaz Collazo                 CP-2016-9

RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de noviembre de 2016.

Examinada la *Moción para presentar documento y solicitud de paralización de procedimientos* y en vista de que la petición de paralizar los procedimientos disciplinarios en contra del Lcdo. Manuel Díaz Collazo ya fue denegada por este Tribunal el 30 de junio de 2016, se provee no ha lugar a la solicitud del Lcdo. Manuel A. Díaz Rivera.

De otra parte, ante el craso incumplimiento del licenciado Díaz Collazo con las órdenes de este Tribunal, se le suspende inmediata e indefinidamente del ejercicio de la notaría. Se le concede al licenciado Díaz Rivera un término final e improrrogable de treinta (30) días para que muestre causa por la cual el licenciado Díaz Collazo no debe ser suspendido inmediatamente del ejercicio de la abogacía. Dentro de ese mismo término deberá contestar la querella presentada por la Procuradora General en el caso CP-2016-9 y deberán subsanarse las deficiencias de la obra notarial. De incumplir con nuestra orden el licenciado Díaz Collazo será suspendido inmediata e indefinidamente de la abogacía.

Notifíquese personalmente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                        Juan Ernesto Dávila Rivera
                                        Secretario del Tribunal Supremo